JODI SIEGNER, Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiff, Carpenters Southwest
Administrative corporation, formerly known as Carpenters
Southern California Administrative Corporation,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN HALL ENTERPRISES, INC., a California corporation and JOHN HALL, III, individually and doing business as JOHN HALL ENTERPRISES, INC., also known as JOHN HALL ENTERPRISES,<br><br>　　　　　Defendants. | CASE NO. CV 83-7924 CBM(Px)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK |

The judgment debtors, JOHN HALL ENTERPRISES, INC., a California corporation and JOHN HALL, III, individually and doing business as JOHN HALL ENTERPRISES, INC., also known as JOHN HALL ENTERPRISES, ("DEFENDANTS"), having judgment entered against him January 11, 1985, and subsequently renewed on June 28, 1993, November 27, 2000 and September 21, 2007;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CSAC.

Judgment against DEFENDANTS, be renewed in the amount of $610,678.11 which is broken down as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| | a. | Principal | $ | 168,992.45 |
| | b. | Credit received | $ | 0.00 |
| | c. | Judgment interest | $ | 6,900.00 |
| | d. | Costs | $ | 121.00 |
| | e. | Attorney Fees | $ | 7,118.00 |
| Subtotal (Judgment as entered) | | | $ | 183,131.45 |
| | f. | Less credits after judgment | $ | 0.00 |
| | g. | Interest after judgment computed from January 11, 1985 through June 28, 1993 at 9.08% ($46.24 per day) | $ | 140,754.56 |
| | h. | Subtotal | $ | 323,886.01 |
| | i. | Costs after judgment | $ | 0.00 |
| Subtotal (Judgment as renewed) | | | $ | 323,886.01 |
| | j. | Less credits after renewal | $ | 0.00 |
| | k. | Interest after renewal computed from June 28, 1993 through October 30, 2000 at 3.54% ($69.03 per day) | $ | 84,144.65 |
| | l. | Subtotal | $ | 408,030.66 |
| | m. | Costs after judgment | $ | 0.00 |
| Subtotal (Judgment as renewed) | | | $ | 408,030.66 |
| | n. | Less credits after renewal | $ | 0.00 |
| | o. | Interest after renewal computed from November 27, 2000 through August 30, 2007 at 6.09% ($97.06 per day) | $ | 202,647.39 |
| | p. | Subtotal | $ | 610,678.11 |

|     |    |                                                                                      |
|-----|----|--------------------------------------------------------------------------------------|
| 1   | q. | Costs after judgment..........................................................$ 0.00 |
| 2   | GRAND TOTAL..............................................................$ 610,678.11 |
| 3   | q. | Less credits after judgment.............................................$ 0.00      |
| 4   | r. | Interest after judgment computed from September 21, 2007                              |
| 5   |    | through August 8, 2017 at 4.89% ($98.81 per day)....... $ 298,534.34                  |
| 6   | s. | Subtotal...................................................................$ 909,212.43 |
| 7   | t. | Costs after judgment....................................................$ 0.00       |
| 8   | GRAND TOTAL..............................................................$ 909,212.43 |

DATED:   August 18, 2017                         *Sharon Hall Brown* (signature)
                                                 DEPUTY CLERK,
                                                 UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation


BY: _____*Jodi Siegner* (signature)_____
      JODI SIEGNER
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation, formerly known as Carpenters
Southern California Administrative Corporation

## PROOF OF SERVICE (By Mail)

Carpenters Southwest Administrative Corporation, a California
non-profit Corporation; et al. v. John Hall Enterpriese, Inc., etc., et al.
USDC Case No. CV83-7924 CBM(Px)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 South Fremont Avenue, 9th Floor, Los Angeles, California 90071-1706.

On August 8, 2017, I served a copy of the foregoing document, described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**, on the interested parties addressed as follows:

| | |
|---|---|
| John Hall Enterprises, Inc., a California corporation (address redacted) Phoenix, Arizona 85032 | John Hall, III individually and doing business as John Hall Enterprises, Inc. also known as John Hall Enterprises, Inc., also known as John Enterprises (address redacted) Phoenix, Arizona 95032 |

in said action, placing [x] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x] (BY MAIL) I caused such envelope(s), with postage thereon fully prepaid to be placed for in the United States Mail at 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

Executed on August 8, 2017, at Los Angeles, California.

[x] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

_Esta Hamilton_
Esta Hamilton