1  CASEY JENSEN, Bar No. 263593
   cjensen@shanleyapc.com
2  STEPHEN ZELLER, Bar No. 265664
   szeller@shanleyapc.com
3  SHANLEY, a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
4  Los Angeles, California 90071-1706
   Telephone: (213) 488-4100
5  Telecopier: (213) 488-4180

6  Attorneys for Plaintiff, Carpenters Services Administrative Corporation formerly
   known as Carpenters Southern California Administrative Corporation, and
7  Carpenters Southwest Administrative Corporation,

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11

12 CARPENTERS SOUTHERN                    ) CASE NO. CV 83-7924 CBM(Px)
   CALIFORNIA ADMINISTRATIVE             )
13 CORPORATION,                          ) RENEWAL OF JUDGMENT
                                         )
14            Plaintiff,                 )
                                         )
15 v.                                    )
                                         )
16 JOHN HALL ENTERPRISES, INC., a        )
   California corporation and JOHN       )
17 HALL, III, individually and doing     )
   business as JOHN HALL                 )
18 ENTERPRISES, INC., also known         )
   as JOHN HALL ENTERPRISES,             )
19                                       )
              Defendants.                )
20 _____ )

21        The judgment debtors, JOHN HALL ENTERPRISES, INC., a California

22 corporation and JOHN HALL, III, individually and doing business as JOHN

23 HALL ENTERPRISES, INC., also known as JOHN HALL ENTERPRISES,

24 ("DEFENDANTS"), having judgment entered against him January 11, 1985, and

25 subsequently renewed on June 28, 1993, November 27, 2000, September 21, 2007

26 and August 18, 2017;

27 ////

28 ///

1        NOW, upon application of CARPENTERS SERVICES

2  ADMINISTRATIVE CORPORATION ("CSAC"), formerly known as

3  CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE

4  CORPORATION and CARPENTERS SOUTHWEST ADMINISTRATIVE

5  CORPORATION, and upon declaration that DEFENDANTS have failed to pay

6  the total amount of said judgment; and that DEFENDANTS are indebted to

7  CSAC.

8        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

9  against DEFENDANTS, be renewed in the amount of $1,004,169.28 which is

10  broken down  as follows:

11

12  Judgment as entered:

13        a.     Principal ......................................................... $   168,992.45

14        b.     Credit received ............................................. $         0.00

15        c.     Judgment interest............................................ $     6,900.00

16        d.     Costs .............................................................. $       121.00

17        e.     Attorney  Fees................................................. $     7,118.00

18

19  Subtotal (Judgment as entered) .......................................... $   183,131.45

20        f.     Less credits after judgment............................. $         0.00

21        g.     Interest after judgment computed from January 11, 1985

22              through June 28, 1993 at 9.08% ($46.24 per day)......... $   140,754.56

23        h.     Subtotal........................................................... $   323,886.01

24        i.     Costs after judgment...................................... $         0.00

25  ///

26

27  ///

28

2

1 | Subtotal (Judgment as renewed)........................................................ $ 323,886.01

2 | j. Less credits after renewal................................................ $ 0.00

3 | k. Interest after renewal computed from June 28, 1993

4 | through October 30, 2000 at 3.54% ($69.03 per day) ... $ 84,144.65

5 | l. Subtotal............................................................................ $ 408,030.66

6 | m. Costs after judgment....................................................... $ 0.00

7 |

8 | Subtotal (Judgment as renewed)........................................................ $ 408,030.66

9 | n. Less credits after renewal................................................ $ 0.00

10 | o. Interest after renewal computed from November 27, 2000

11 | through August 30, 2007 at 6.09% ($97.06 per day) .... $ 202,647.39

12 | p. Subtotal............................................................................ $ 610,678.11

13 | q. Costs after judgment....................................................... $ 0.00

14 |

15 | Subtotal (Judgment as renewed)........................................................ $ 610,678.11

16 | r. Less credits after judgment.............................................. $ 0.00

17 | s. Interest after judgment computed from September 21, 2007

18 | through August 8, 2017 at 4.89% ($98.81 per day)....... $ 298,534.34

19 | t. Subtotal............................................................................ $ 909,212.43

20 | u. Costs after judgment....................................................... $ 0.00

21 | ///

22 |

23 | ///

24 |

25 | ///

26 |

27 | ///

28 |

Subtotal (Judgment as renewed). ........................................................$  909,212.43

    v.    Less credits after judgment................................................ $        0.00

    w.    Interest after judgment computed from August 18, 2017

          through September 9, 2025 at 1.24% ($34.09 per day).. $    94,956.85

    x.    Subtotal......................................................................$ 1,004,169.28

    y.    Costs after judgment...................................................... $        0.00

GRAND TOTAL ................................................................................$ 1,004,169.28

DATED:  September 26, 2025

DEPUTY CLERK,
UNITED STATES DISTRICT JUDGE

Presented by:

SHANLEY,
A Professional Corporation

BY:_____
      CASEY JENSEN
Attorney For Judgment Creditor,
Carpenters Services Administrative
Corporation formerly known as
Carpenters Southern California
Administrative Corporation, and
Carpenters Southwest Administrative
Corporation

4